UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN SANTANA,

        Plaintiff,

v.                                       Case No: 6:18-cv-36-Orl-18KRS

DOLLAR TREE STORES, INC.,

        Defendant.

_____

## ORDER TO SHOW CAUSE

The case is before the Court on periodic review. On January 8, 2018, the Defendant removed the case from the Orange County Circuit Court. Counsel for the Plaintiff, Jason Grundorf, is counsel of record for the Plaintiff. On January 9, 2018, the Court issued a Notice to Counsel regarding Local Rule 2.01 (Doc. No. 3) which indicates:

> No person shall be permitted to appear or be heard as counsel for another in any proceedings in this Court unless first admitted to practice in the Court (or heretofore admitted prior rules of the Court). Only those persons who are members in good standing of the Florida Bar shall be eligible for general admission to the Bar of the Court.

Attorney Jason Grundorf is a member of the bar of the Middle District of Florida and he is not registered to participate in CM/ECF. On February 8, 2018, counsel was emailed by court staff indicating his need to become registered. Counsel was again emailed on March 1, 2018. Counsel has failed to comply.

There the Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed

within **fourteen (14)** days from the date of this Order why sanctions should not be imposed against attorney Jason Grundorf for failing to become a member of the bar of this Court.

**DONE** and **ORDERED** at Orlando, Florida, this ____ day of April, 2018.

                                              **G. KENDALL SHARP**
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

 **SECOND NOTICE Fw: 6:18-cv-36-Orl-18KRS Santana v Dollar Tree**
Anita Justin  to: jason.grundorf                                    03/01/2018 12:52 PM
Cc: jason.herman

| | |
|---|---|
| From: | Anita Justin/FLMD/11/USCOURTS |
| To: | jason.grundorf@newlinlaw.com |
| Cc: | jason.herman@newlinlaw.com |

This is the second notice regarding becoming admitted to practice in the Middle District of Florida. Please resolve the matter or it will be brought to the Judge's attention. If you are registered for an upcoming admissions ceremony please respond with the date of the ceremony.

Anita Justin
Courtroom Deputy Clerk to Judges Antoon/Sharp/Fawsett
United States District Court
Orlando Division
407-835-4204 (office)

----- Forwarded by Anita Justin/FLMD/11/USCOURTS on 03/01/2018 12:51 PM -----

| | |
|---|---|
| From: | Anita Justin/FLMD/11/USCOURTS |
| To: | Jason.Grundorf@newlinlaw.com |
| Cc: | Jason.Herman@newlinlaw.com |
| Date: | 02/08/2018 08:40 AM |
| Subject: | 6:18-cv-36-Orl-18KRS Santana v Dollar Tree |

Good morning. On the beginning of each month the Judges get a report reflecting all counsel who are not signed up to receive documents electronically. This month Mr. Grundorf was on Judge Sharp's report. A Notice was issued on 1/9/18 regarding Local Rule 2.01. I checked with our attorney admissions clerk and noticed that Mr. Gundorf has not registered for a ceremony to become admitted. Thank you for your attention to this matter.

| | | |
|---|---|---|
| 01/09/2018 | vie w3 | NOTICE to counsel Jason Grundorf of Local Rule 2.01 (signed by deputy clerk). ctc (RDO) (Entered: 01/09/2018) |

Anita Justin
Courtroom Deputy Clerk to Judges Antoon/Sharp/Fawsett
United States District Court
Orlando Division
407-835-4204 (office)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN SANTANA,

           Plaintiff,

v.                                                    Case No:  6:18-cv-36-Orl-18KRS

DOLLAR TREE STORES, INC.,

           Defendant.
_____

## NOTICE TO COUNSEL

### Jason Grundorf

      Pursuant to Local Rule 2.01, you are not a member of the Middle District of Florida and must be (re)admitted to practice in the Court due to the following:

      No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court (or heretofore admitted under prior rules of the Court). Only those persons who are members in good standing of The Florida Bar shall be eligible for general admission to the bar of the Court. (See Local Rule 2.01(a) & (b))

      Please review Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida for (re)admission to practice in the Middle District. The Attorney Admissions Application, a required form for general admission to practice is available at www.flmd.uscourts.gov under the Attorney Resources section.

                                  ELIZABETH M. WARREN,
                                  CLERK

                                  s/R. Olsen, Deputy Clerk