UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN SANTANA,

      Plaintiff,

v.                                                                    Case No: 6:18-cv-36-Orl-18KRS

DOLLAR TREE STORES, INC.,

      Defendant.

_____

## ORDER TO SHOW CAUSE

The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the failure to file a Case Management Report within the time prescribed by Local Rule 3.05. Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE and ORDERED** at Orlando, Florida, this _9_ day of April, 2018.

                                                              _____
                                                                      G. KENDALL SHARP
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record