UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:18-cv-00036-GKS-KRS

JOHN SANTANA,

    Plaintiff,

v.

DOLLAR TREE STORES, INC., a Foreign
Profit Corporation, d/b/a DOLLAR TREE,

    Defendants.
_____/

## CHRISTOPHER JASON GRUNDORF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Christopher Jason Grundorf (a/k/a "Jason Grundorf"), Esquire, counsel for Plaintiff, JOHN SANTANA, and pursuant to the Local Rules of the United States District Court for the Middle District of Florida, would respond to the Court's Order to Show Cause and show good cause as follows:

1. Plaintiff, JOHN SANTANA, filed his personal injury lawsuit on November 28, 2017 in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

2. On January 8, 2018, Defendant filed its Notice to State Court of Defendant's Filing of Notice of Removal in State Court and Notice of Removal in this Court.

3. The Court issued a Notice to Counsel pursuant to Local Rule 2.01 regarding my lack of membership with the United States District Court for the Middle District of Florida.

4. I have not been a member of the United States District Court for the Middle District of Florida or any other United States District Court.

5. The parties entered into preliminary settlement discussions in January 2018 and at first, it appeared the matter might settle.

6. Unfortunately and by mistake and excusable neglect, I did not appreciate the gravity of the matter and did not apply for membership in the United States District Court for the Middle District of Florida until March 2018.

7. On March 1, 2018, I received an e-mail from the Courtroom Deputy Clerk, Anita Justin, discussing my lack of admission to the United States District Court for the Middle District of Florida and need to resolve the issue or she would bring it to the Judge's attention.

8. In March of 2018, I initially attempted to register online pursuant to the Local Rules of the United States District Court for the Middle District of Florida, but did not have the requisite two (2) Certificates of Support required.

9. On April 6, 2018, pursuant to the requirements under Local Rule 2.01 and having received two (2) Certificates of Support required, I submitted my application for general admission to practice in the United States District Court for the Middle District of Florida along with the two (2) Certificates of Support.

10. At the same time, I attempted to register for attendance at the admission ceremony to be held on April 12, 2018 in Orlando.  Unfortunately, the Court did not have any available seats for the in-person ceremony and neither does any other location in the Middle District before May 10, 2018.

11. The earliest admission ceremony with open seats is by telephone April 26, 2018, but it is only available to those who reside outside of the district.  As such, I do not meet that qualification.

12. I was able to register to attend the admission ceremony scheduled for May 10, 2018 in Orlando. (As of the filing of this Response, I have not received an email from the attorney admission clerk confirming the date and time of my admission ceremony).  It is the earliest possible date available to attend.

13. Because all seats were full, I was not able to attend any other admission ceremony prior to May 10, 2018.

14. By mistake and excusable neglect, I did not immediately seek admission to the United States District Court for the Middle District of Florida, but have diligently attempted to secure admission consistent with Local Rule 2.01 and did not willfully delay or purposely attempt to frustrate the Court.

WHEREFORE, I, Christopher Jason Grundorf, request that this Honorable Court enter an order finding that I have shown good cause for reasons that sanctions should not be imposed against me based on the foregoing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 9th day of April, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/EDF system, which will send an automatic e-mail message to the parties of record registered in the CM/EDF system.

*/s/ Christopher Jason Grundorf*

Jason P. Herman, Esquire
Florida Bar No.: 149357
Jason Grundorf, Esquire
Florida Bar No.: 593176
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407)203-6580
Fax: (407)203-6580
Attorneys for Plaintiff
Jason.Herman@newlinlaw.com
Jason.Grundorf@newlinlaw.com
Marlene.Zervos@newlinlaw.com
Evelyn.Manzueta@newlinlaw.com